## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | Mag. No. 22-13013 |
| | : | |
| NAIM ALLEN | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Christopher Fell, Assistant United States Attorney), and defendant Naim Allen (by Peter Carter, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through April 10, 2023 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and eight prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)    Additional time is necessary to permit defense counsel to make reasonable preparation in this matter and to allow the parties to conduct plea negotiations;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on thi 28 day of March, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through April 10, 2023; and it is further

ORDERED that the period from the date this Order is signed through April 10, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge

Form and entry consented to:



/s/ Christopher Fell
_____
Christopher Fell
Assistant U.S. Attorney


Peter Carter
_____
Peter Carter, Esq.
Counsel for Defendant